# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI DAWN NIEVES,<br><br>Petitioner,<br>v.<br><br>ANISSA DE LA CRUZ,<br><br>Respondent. | Case No. 2:24-cv-00642-SB-AJR<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge. Petitioner has not filed any objections.

It is ordered that (1) the Report and Recommendation of the Magistrate Judge is accepted; (2) Respondent's motion to dismiss is granted; and (3) Subclaim 3(d) is dismissed from the First Amended Petition without prejudice.

DATED: 10/15/25

_____
Stanley Blumenfeld, Jr.
United States District Judge